UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION

**CASE NO. 1:20-cv-24052**

MSP RECOVERY CLAIMS, SERIES LLC, MSPA
CLAIMS 1, LLC, and MAO-MSO RECOVERY II,
LLC, SERIES PMPI, a segregated series of MAO-
MSO II LLC,

    Plaintiffs,

v.

METROPOLITAN GEN INS CO,
METROPOLITAN CAS INS CO,
METROPOLITAN GROUP PROP & CAS INS
CO, METLIFE AUTO & HOME GROUP, and
METROPOLITAN P&C INS CO.,

    Defendants.

_____/

**PLAINTIFFS' CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Plaintiffs, MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC, and MAO-MSO Recovery II, LLC, Series PMPI (collectively, "MSP"), submit its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and Certificate of Interested Persons including a complete list of any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to MSP:

1. MSP Recovery Claims, Series LLC, a Delaware series limited liability company, *Plaintiff*.

2. VRM MSP Recovery Partners, LLC, a Delaware limited liability company, *Sole Member of MSP Recovery Claims, Series LLC*.

3. MSPA Claims 1, LLC, a Florida limited liability company, *Plaintiff*.

4. MSP Recovery Services, LLC, *sole member of MSPA Claims 1, LLC.*

5. MAO-MSO Recovery II, LLC, Series PMPI, a segregated series of MAO-MSO Recovery II, LLC, a Delaware limited liability company, *Plaintiff*.

6. RD Legal Finance, LLC and MSP Recovery, LLC, *members of MAO-MSO Recovery II, LLC, Series PMPI*.

7. MSP Recovery Law Firm, *Counsel for Plaintiffs*.

8. There is no publicly held corporation owning 10% or more of the membership interest in MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC, and MAO-MSO Recovery II, LLC, Series PMPI.

Dated: October 5, 2020                     Respectfully Submitted,

**MSP RECOVERY LAW FIRM**
*Counsel for Plaintiff*
2701 S. Le Jeune Rd, 10th floor
Coral Gables, FL 33134
Telephone: (305) 614-2222

By: */s/ John H. Ruiz*
John H. Ruiz, Esquire, Fla. Bar No.928150
E-Mail: jruiz@msprecoverylawfirm.com
serve@msprecoverylawfirm.com

## CERTIFICATE OF SERVICE

I certify that on October 5, 2020 I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ John H. Ruiz*